# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CHRISTOPHER L. MATTINGLY & JENNIFER L. MATTINGTLY     Case Number: 08-70728
5443 WHITMORE WAY     SSN-xxx-xx-4213 & xxx-xx-3223
LAKE IN THE HILLS, IL  60156

Case filed on: 3/12/2008
Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,345.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|   | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|   | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CHRISTOPHER L. MATTINGLY | 0.00 | 0.00 | 581.89 | 0.00 |
|   | Total Debtor Refund | 0.00 | 0.00 | 581.89 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 20,434.60 | 20,434.60 | 1,620.25 | 928.85 |
| 002 | LITTON LOAN SERVICING LP | 27,816.23 | 27,537.02 | 0.00 | 0.00 |
| 003 | LITTON LOAN SERVICING LP | 2,199.78 | 2,199.78 | 0.00 | 0.00 |
|   | Total Secured | 50,450.61 | 50,171.40 | 1,620.25 | 928.85 |
| 005 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | LVNV FUNDING LLC | 440.78 | 440.78 | 0.00 | 0.00 |
| 007 | CREDITORS INTERCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | WORLD FINANCIAL NETWORK NATIONAL BANK | 339.06 | 339.06 | 0.00 | 0.00 |
| 009 | GEORGE STANKEVYCH, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 371.96 | 371.96 | 0.00 | 0.00 |
| 011 | HSBC BANK N/A | 317.13 | 317.13 | 0.00 | 0.00 |
| 012 | LVNV FUNDING LLC | 3,015.69 | 3,015.69 | 0.00 | 0.00 |
| 013 | NICOR GAS | 1,171.91 | 1,171.91 | 0.00 | 0.00 |
| 014 | HSBC BANK N/A | 493.00 | 493.00 | 0.00 | 0.00 |
| 015 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | VATIV RECOVERY SOLUTIONS LLC | 8,694.21 | 8,694.21 | 0.00 | 0.00 |
| 017 | PHARIA L.L.C | 3,073.68 | 3,073.68 | 0.00 | 0.00 |
|   | Total Unsecured | 17,917.42 | 17,917.42 | 0.00 | 0.00 |
|   | Grand Total: | 68,368.03 | 68,088.82 | 2,202.14 | 928.85 |

Total Paid Claimant: $3,130.99
Trustee Allowance: $214.01
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008     By  /s/Heather M. Fagan